UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x

Belinde Thelismond,

                Plaintiff,

      -against-

THE CITY OF NEW YORK, et. al.,

                Defendants.

----------------------------------------------------------x

**AFFIDAVIT OF
SERVICE**

18 CV 2407 (ILG) (RER)

I, Robert Marinelli, being duly sworn deposes and says:

1. I am not a party to this action, I am over 18 years of age, and I reside in the State of New York.

2. On July 23, 2018, at approximately 10:28 a.m., I served the summons and complaint in this matter on Corrections Officer Kristofer "John" Gagedee, by delivering a copy of same to Corrections Officer Jake Bayley, a person of suitable age and discretion at defendant's actual place of business within the state, 76-20 Astoria Boulevard, Elmhurst, NY, 11370.

3. Thereafter, I mailed a copy of the summons and complaint post paid by first class mail properly addressed to the defendant at the aforementioned address in an envelope marked personal and confidential and not indicating that the communication was from an attorney or concerned an action against the defendant and deposited said envelope in a post office official depository under exclusive care of the United States Postal Service.

Dated:      New York, New York
            July 23, 2018

_____
Robert Marinelli

Sworn to me on the 23rd day of July, 2018

_____
NOTARY PUBLIC

