**UNITES STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
BELENDE THELISMOND

                                         Plaintiff,

    -against-

CITY OF NEW YORK, ET AL.,

                                       Defendant,
-------------------------------------------------------X

**CASE MANAGEMENT PLAN**

Docket Number: 18-CV-02407

Upon consent of the parties, it is hereby ORDERED as follows:

1. Defendants shall answer or otherwise move with respect to the complaint by __Answered__.

2. No additional parties may be joined after __9/28/18__.

3. No amendment of the pleadings will be permitted after __9/28/18__.

4. Date for completion of automatic disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure, if not yet made: __9/11/18__.

5. The parties shall make required Rule 26(a)(2) disclosures with respect to:
   - (a) expert witnesses on or before __11/28/18__.
   - (b) rebuttal expert witnesses on or before __12/28/18__.

6. All discovery, including depositions of experts, shall be completed on or before __2/28/19__ (Generally, this date must be no later than 6 months after the initial conference).

7. Pre-motion letters regarding proposed dispositive motions must be submitted within one (1) weeks following the close of all discovery and responses are due one week later.

8. Do the parties consent to trial before a magistrate judge pursuant to 28 U.S.C.§636(c)? **(Answer no if any party declines to consent without indicating which party has declined.)**

    ☐ Yes   ☑ No

If parties answer yes, then fill out the **AO 85 (Rev. 01/09) Notice, Consent, and Reference of a Civil Action to a Magistrate Judge** form. The form can be accessed at the following link: http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085.pdf.

9. A Telephone Conference set for _____, to be initiated by ☐ Plaintiff or ☐ Defendant (Check One).
   * **(The Court will schedule the conference listed above.)**

10. Status Conference will be held on _____.
    * **(The Court will schedule the conference listed above)**

11. A Final Pre-trial Conference will be held on _____.
    ***(The Court will schedule the conference listed above.)**

This scheduling order may be altered or amended upon a showing of good cause not foreseeable at the date hereof.

**Dated: Brooklyn, New York**

**RAMON E. REYES, JR.**
**UNITED STATES MAGISTRATE JUDGE**

CONSENTED TO:

Robert Marinelli
NAME
Attorney for Plaintiff Belende Thelismond
ADDRESS 305 Broadway, 9th Floor, New York, NY 10007
E-mail: robertmarinelli@gmail.com
Tel.: 212-822-1427
Fax:

[Signature]
Ethan Felder
Attorney for Tana Smith
Koehler Isaacs LLP
61 Broadway 25th FL
New York, NY 10006

Christopher DeLuca
NAME
Attorney for Defendant City of New York and Kristofer C
ADDRESS 100 Church St, New York, N
E-mail: cdeLuca@law.nyc.gov
Tel.: 212-356-3535
Fax: 212-356-3509