UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------x

BELENDE THELISMOND,

                                        Plaintiff,          **ORDER**

                   -against-                                18-CV-02407 (ILG) (RER)

CITY OF NEW YORK, CORRECTIONS OFFICER TEINO
SMITH, CORRECTIONS OFFICER KRISTOFER GAGEDEEN
AND CORRECTIONS OFFICERS JOHN and JANE DOE 1
through 10, individually and in their official capacities (the names
John and Jane Doe being fictitious, as the true names are
presently unknown),

                                        Defendants.

---------------------------------------------------------------------------x

**RAMON E. REYES JR., United States Magistrate Judge:**

                Upon the application of defendants for leave to take the deposition of plaintiff

Belende Thelismond, an inmate within the New York State Department of Corrections and

Community Supervision, and the Court having granted leave for the taking of the plaintiff's

deposition pursuant to Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure:

                **IT IS HEREBY ORDERED**: (1) that the Superintendent or other official in

charge of Green Haven Correctional Facility, located in Stormville, New York, produce inmate

Belende Thelismond, DIN No. 15-A-2433, at a location within the facility with video conference

capabilities for the taking of his deposition on March 6, 2019 at 10:00 A.M. and for so long

thereafter as the deposition continues; and (2) that plaintiff appear in such place as designated by

the Superintendent or other official in charge of Green Haven Correctional Facility so that his

deposition may be taken.

Dated:   2/18/2019
        Brooklyn, New York

                                                SO ORDERED

                                                /s/ Ramon E. Reyes, Jr
                                                HON. RAMON E. REYES, JR.
                                                UNITED STATES MAGISTRATE JUDGE